No. 03–614. SUTTON v. UNITED STATES;
No. 03–7013. FLEMING v. UNITED STATES; and

No. 03–7139. BROWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 337 F. 3d 792.